THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John David
 Hudson, Appellant.
 
 
 

Appeal From Darlington County
James E. Lockemy, Circuit Court Judge

Unpublished Opinion No. 2008-UP-563
 Submitted October 1, 2008  Filed October
13, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  John David Hudson appeals his convictions of two
 counts of contributing to the delinquency of a minor, attempting or committing
 a lewd action upon a child, and first degree sexual exploitation of a minor.  Hudsons counsel argues the trial court erred by admitting two photographs into evidence,
 maintaining their prejudicial effect outweighed any probative value.  Hudson filed a separate pro se brief reasserting his counsels argument and contending the
 trial court erred by admitting illegally obtained evidence and violated his due
 process rights by not allowing him to cross-examine two individuals.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hudsons appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.